UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**MARTHA BENJAMIN,**                )
                                    )
    Plaintiff,            )
                                    )
    v.                    )  Civil Action No. 08-0029 (PLF)
                                    )
**MARGARET SPELLINGS,** Secretary of the  )
United States Department of Transportation, )
                                    )
    Defendant.            )
_____)

## ORDER

The complaint in this case was filed on January 7, 2008, but there is no record that a copy of the complaint has been served on the defendant. Plaintiff's attention is directed to Fed. R. Civ. P. 4(m), which provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

ORDERED that within 15 days of the date of this Order, plaintiff either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court advising why service has not been made.

SO ORDERED.

                                                                    _____/s/_____
                                                                    PAUL L. FRIEDMAN
DATE: May 7, 2008                       United States District Judge