AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Mantha Benyamin*

V.

*Margaret Spellings*

**SUMMONS IN A CIVIL CASE**

CAS

Case: 1:08-cv-00029
Assigned To : Friedman, Paul L.
Assign. Date : 1/7/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*Margaret Spellings*
*400 Maryland Ave*
*Washington, DC 20202*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *PRO SE* (name and address)

*Mantha Benyamin*
*1123 Tenn St NW*
*Washington, DC 20012*

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JAN - 7 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *April 29, 2008  9:24 Am* |
| NAME OF SERVER *(PRINT)* *Andre' W. Keith* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Served J. Carolyn Adams, Executive Officer in General Counsel's Office & employee authorized to accept for Education Secretary Margaret Spellings at 400 Maryland Ave, Wash, DC*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *4-29-08*
_____ Date    _____ Signature of Server

*1115 Mass Ave, NW
Washington, DC 20005*
Address of Server

**RECEIVED**

MAY - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.