# UNITED STATES DISTRICT COURT
## District of Columbia

Martha Benjamin

V.

Margaret Spellings

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00029
Assigned To : Friedman, Paul L.
Assign. Date : 1/7/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
501 Third Street NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S *[name and address]*

Martha Benjamin
1123 Ferry St NW
Washington DC 20012

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              JAN - 7 2008
CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-29-08 9:40am |
| NAME OF SERVER (PRINT) Andre' Keith | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Lakesha Carroll, Docket Clerk and employee authorized to accept service for US Attorney for the District of Columbia at 501 3rd Street NW Wash, DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-29-08
             Date            Signature of Server

1115 Mass Ave, NW
Washington, DC 20005
Address of Server

**RECEIVED**

MAY - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.