UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA BENJAMIN ) <br> 1123 Fern Street NW ) <br> Washington, DC 20012 ) <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br>  ) <br> MARGARET SPELLING, ) <br> in her official capacity as ) <br> Secretary of the United States ) <br> Department of Education ) <br>  ) <br> 400 Maryland Avenue ) <br> Washington, D.C. 20202 ) <br>  ) <br> Defendant. ) <br>  ) | Case No: 08-0029 (PLF) <br> Electronic Case Filing |

**NOTICE OF ENTRY OF ATTORNEY APPEARANCE**

THE CLERK of the Court will please enter the appearance of Assistant United States Attorney **Charlotte A. Abel** as counsel of record for the defendant in the above-captioned civil action.

__/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C. 20530
(202) 307-2332

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **18th** day of **June**, 2008, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

MARTHA BENJAMIN
1123 Fern Street NW
Washington, DC 20012

__/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney