**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARTHA BENJAMIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0029 (PLF) |
| | ) | |
| **MARGARET SPELLINGS,** | ) | |
| **Secretary, U.S. Department of Education,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**FEDERAL DEFENDANT'S MOTION
FOR AN ENLARGEMENT OF TIME**

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1) for an enlargement of time

in which to answer Plaintiff's complaint. Plaintiff, pro se has not consented to the filing of this

motion. Plaintiff brought this lawsuit under Title VII of the Civil Rights Act of 1964. In her

complaint, she alleges employment discrimination practices based on race and gender by the

Defendant.

Defendant's answer is currently due June 30, 2008. Defendant seeks additional time in

which to respond to Plaintiff's complaint. The grounds therefore are that defense counsel will be

away from the office on that date and prior to that date and will be unavailable to confer with

agency counsel and to draft a response to Plaintiff's complaint.

Accordingly, Federal Defendant moves for an extension of time, up to and including July

15, 2008, to respond to Plaintiff's complaint.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,


     /s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


     /s/
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney


     /s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2008, a copy of the foregoing

Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to Plaintiff, pro se at

the following address:


MARTHA BENJAMIN
1123 Fern Street N.W.
Washington, DC 20012


                                         /s/
                                         CHARLOTTE A. ABEL, D.C. Bar #388582
                                         Assistant United States Attorney
                                         Judiciary Center Building
                                         555 4th Street, NW
                                         Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARTHA BENJAMIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **Civil Action No. 08-0029 (PFL)** |
| | ) |
| **MARGARET SPELLINGS,** | ) |
| Secretary,  Department of Education | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

      Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the

entire record of this case, it is hereby

      ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED,

and it is,

      FURTHER ORDERED that Federal Defendant shall have up to and including July 15,

2008, to respond to Plaintiff's complaint.

Dated this _____ day of _____, 2008.


_____
PAUL L. FRIEDMAN
United States District Judge


Copies:

Charlotte A. Abel                    Martha Benjamin
Assistant United States Attorney      1123 Fern Street N.W.
Judiciary Center Building             Washington DC 20012
555 4th Street, N.W.
Washington, D.C. 20530