UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTHA BENJAMIN,

    Plaintiff,

v.

MARGARET SPELLINGS,

  Secretary, United States Department of Education

    Defendant.

CIV No.: 08-29 (PLF)

## DEFENDANT'S ANSWER

Defendant, Margaret Spellings, in her official capacity as Secretary, United States Department of Education ("Department"), by and through her undersigned attorneys, answers Plaintiff's Complaint.

## DEFENSES

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Defendant reserves the right to raise any and all affirmative defenses available under Fed. R. Civ. P. 8(c).

Defendant responds to the numbered paragraphs of the Complaint as follows:

## NATURE OF COMPLAINT

1-2.  These paragraphs consist of Plaintiff's characterization of her cause of action.  To the extent these paragraphs are deemed to contain factual allegations requiring

1

an answer, the Defendant admits that plaintiff has filed a lawsuit under Title VII of the Civil Rights Act alleging discrimination based on race, gender and retaliation.  Defendant denies the allegations of discrimination.

## JURISDICTION AND VENUE

3.  Defendant acknowledges the existence of the statutory provisions referenced in this paragraph but denies that they necessarily confer jurisdiction over this matter.   To the extent this paragraph is deemed to contain factual allegations requiring an answer, the Defendant denies Paragraph 2.

4.  Defendant admits that venue is proper.

## EXHAUSTION OF ADMINSTRATIVE REMEDIES

5. With respect to the second sentence of this paragraph, Defendant admits that more than 180 days have passed since Plaintiff filed her formal complaint with the Department and that a final decision was issued by the EEOC on October 4, 2007.  However, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of Plaintiff's allegation regarding the date of her receipt of the EEOC decision and therefore it is denied.  Defendant denies the remaining allegations in paragraph 5.

## PARTIES

6.     Admits.

7.     Admits.

## **FACTS**

8.      Defendant admits that Plaintiff was employed in the Department's Office of Postsecondary Education from 1995 to 1999 and has been employed by Federal Student Aid and its predecessor organization, the Office of Student Financial Assistance, from 1999 to present.  Defendant further admits that the Department promoted Plaintiff to the GS-13 grade level in 1999, after she applied for and was selected for a position at this grade level.  Defendant denies that the Department initially hired Plaintiff at the GS-12 grade level in 1995.  Defendant denies the remaining allegations in paragraph 8.

9.      Defendant admits that Plaintiff filed a formal complaint of discrimination against Defendant in 2004.  Defendant denies the remaining allegations in paragraph 9.

10.     Admits.

11.     Admits.

12.     Defendant admits the allegations in the first sentence of this paragraph. Defendant denies the allegations in the second sentence of this paragraph.

13.     Admits.

14.     Admits.

15.     Defendant admits that Complainant is currently in a GS-13 position, for which she has held for approximately eight (8) years, and that she has not advanced beyond that grade level.  Defendant denies the remaining allegations in paragraph 15.

16.     Denies.

17.     Defendant admits the allegations in the first sentence of this paragraph. Defendant denies that Plaintiff was on a one-year detail and avers that she was placed on a 120-day detail that was extended an additional 120 days.

18. Defendant denies that Ms. Reynolds terminated a one-year detail (see #17 above); and admits that at the end of Plaintiff's detail there was no work for her to perform (due to unexpected reorganization delays). Defendant admits that during this period, Plaintiff was the only African-American professional employee under Ms. Reynolds' supervision, and that Ms. Reynolds had not previously selected or promoted African-American for a professional position before that. Defendant denies that Ms. Reynolds has supervised only one African-American (i.e., Plaintiff).

19. Denies.

20. Admits.

21. Denies the allegations in first sentence of this paragraph; admits the allegations in second and third sentences. Defendant denies the remaining allegations in paragraph 21.

22. Denies.

23. Denies.

24. Denies.

25. Denies.

26. Denies.

## COUNT I

## DENIAL OF PROMOTION BASED ON RACE AND COLOR

1. Defendant repeats and incorporates by reference all of its responses as set forth in its answers to Paragraphs 1 through 26 above.

2. Denies.

## COUNT II

## DENIAL OF PROMOTION BASED ON GENDER

3. Defendant repeats and incorporates by reference all its responses as set forth in its answers to the preceding paragraphs above.

4. Denies.

## COUNT III

## RETALIATION

1. Defendant repeats and incorporates by reference all its responses as set forth in its answers to the preceding paragraphs above.

2. This paragraph contains general allegations without specifying dates; therefore, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies.

3. Denies.

## COUNT IV

## RETALIATION

1. Defendant repeats and incorporates by reference all its responses as set forth in its answers to the preceding paragraphs above.

2. This paragraph contains general allegations without specifying dates; therefore, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies.

3. Denies.

**PRAYER FOR RELIEF**

A-G.  The remainder of the Complaint constitutes Plaintiff's prayer for relief to which no response is required; but insofar as an answer may be deemed necessary, Defendant denies.  Defendant denies that Plaintiff is entitled to the relief requested, or to any part thereof, or any relief whatsoever.  Any relief would also be subject to the limitations of 42 U.S.C. sec. 2000e-5(g)(2)(B).

Further answering the Complaint, Defendant denies every allegation not expressly admitted.

Defendant respectfully requests and reserves the right to amend, alter and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to him.

WHEREFORE, having fully answered, Defendant respectfully prays that this action be dismissed with prejudice, and that the Court grant Defendant such costs and further relief as may be appropriate.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney

                    555 4th Street, NW
                    Washington, D.C. 20530
                    (202) 307-2332

OF COUNSEL:

MICHAEL J. ANDERSON
Attorney
Office of the General Counsel
United States Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202-2110