UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA BENJAMIN,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS,<br><br>  Secretary, United States Department of Education<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIV No.: 08-29 (PLF)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CONSENT MOTION TO EXTEND TIME TO FILE MEET & CONFER REPORT**

Defendant, Margaret Spellings, in her official capacity as Secretary, United States Department of Education ("Department"), by and through her undersigned attorneys, moves for an extension of time in order to comply with the Court's minute order entered on July 21, 2008. The grounds for the motion are as follows.

This is an employment discrimination lawsuit brought by Martha Benjamin, an employee of the Department, who contends that her non-selection as management analyst was based upon race and gender. She also alleges that she was retaliated against for asserting her civil rights. The Secretary of the Department answered the complaint denying Ms. Benjamin's allegations and asserting that her non-selection was based upon legitimate, non-discriminatory reasons.

The Court directed the parties to meet, confer and to file a joint statement no later than July 31, 2008, pursuant to Local Civil Rule 16.3. The parties have communicated

with one another (via telephone on July 30) in an attempt to comply with the order. However, they agree that it is necessary to seek additional time to comply with the Court's directive in order to give due consideration to the elements of the report.

Accordingly, the defendant seeks an extension of time, up to and including, August 14, 2008, to file a joint statement. Should the Court grant this extension, the parties intend to confer via telephone on August 8, and prepare a report for filing on August 14. This extension will not interfere with the initial scheduling conference set for August 21, 2008.

A proposed order granting the requested relief is attached.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


__/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 307-2332

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA BENJAMIN,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS,<br><br>  Secretary, United States Department of Education<br><br>    Defendant. | CIV No.: 08-29 (PLF) |

**O R D E R**

Upon consideration of Defendant's motion to extend time to file a meet & confer report, and there being no opposition, it is on this _____ day of _____, 2008,

ORDERED: that the Defendant's motion to extend time to file a meet & confer statement is GRANTED. It is

FURTHER ORDERED: that the parties shall file a meet and confer statement pursuant to Local Civil Rule 16.3, on or before August 14, 2008.

                                                                              _____
                                                                              PAUL L. FRIEDMAN
                                                                              United States District Judge