## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARTHA BENJAMIN,

      Plaintiff

      v.

                             Case No: 1:08-cv-29 *(PLF)*

MARGARET SPELLINGS,
Secretary, U. S. Department of Education,

      Defendant.

---

### MOTION REQUESTING AN ENLARGEMENT OF TIME

I, the above named Plaintiff, respectfully request an enlargement of time to meet, confer, and file a joint report with the parties pursuant to Local Rule 16.3

I request that I be given until August 15, to meet and file my Joint Report.

I need this additional time because I was on travel, didn't received the notice of electronic filing until July 28, 2008, and need to retain legal advice.

The Assistant United States Attorney, Charlotte A. Abel and I (Plaintiff) spoke telephonically on July 30, 2008 concerning an agreed upon time to meet. The date has been set for August 8, 2008 at 2:00 PM. The latter allows Plaintiff and Defendant to file the joint report by August 15, 2008.

I will also be on travel beginning September 7th, 2008 through September 25th, 2008.

_July 31, 2008_
Date

_Martha Benjamin_
Signature of Plaintiff

RECEIVED
JUL 31 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, Martha Benjamin will mail a copy of this motion to

CHARLOTTE A. ABEL
assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530
NY July 31, 2008.

Martha Benjamin
1123 FERN St NW
Washington, DC 20012
(202) 882-1418