UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Martha Benjamin, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-29 (PLF) |
| ) | ECF |
| Margaret Spellings, ) | |
| Secretary, Dept. of Education, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MEET & CONFER REPORT**

Statement of the Case.

Martha Benjamin, is an employee of the Department of Education. She brings this lawsuit for employment discrimination claiming that her non-selection for the position of Management and Program Analyst, GS-343-14, was based on race (African American) and gender. She further alleges that she was retaliated against for asserting her civil rights.

1.  Dispositive motion: Defendant anticipates filing a motion for summary judgment at the close of discovery.

2.  Joinder, amendments, narrowing of issues: N/A.

3.  Magistrate judge: The United States does not consent to referral to a magistrate judge.

4.  Possibility of Settlement: Unknown.

5.  Alternative Dispute Resolution: Plaintiff seeks pre-discovery mediation. Defendant will consent to mediation.

6.  Motions: See #1 above. The parties propose that dispositive motions be due 30 days after the close of discovery, that oppositions be due 30 days thereafter, and replies due 15

days thereafter.

7. <u>Initial Disclosures</u>: The parties will exchange initial disclosures on September 11, 2008.

8. <u>Discovery</u>: The parties request 180 days in which to conduct discovery. Accordingly, they request that discovery close on March 21, 2009. The parties request discovery, including depositions, interrogatories, requests for production and requests for admissions. Defendant requests the following limitations on the number of discovery requests: 5 depositions, 30 interrogatories, 30 requests for production, and 30 requests for admissions. Plaintiff would like no limitations on the number of discovery requests except those imposed by the Federal Rules of Civil Procedure.

9. <u>Experts</u>: The parties will make expert disclosures in conformity with Rule 26(a)(2) (A) & (B) no later than 90 days prior to the close of discovery (December 21, 2008) except that rebuttal experts may be designated 30 days prior to the close of discovery (February 21, 2009).

10. <u>Class Actions</u>: N/A.

11.-13. <u>Trial</u>: Defendant does not request a bifurcated trial. Defendant proposes that a pretrial date be set at the close of all discovery, and after the resolution of any final dispositive motion, and that a trial date be scheduled for 30-60 days after the pretrial conference date.

Respectfully submitted,

_/s/_____          __/s/_____
Martha L. Benjamin                                                JEFFREY A. TAYLOR
1123 Fern Street, N.W.                                          D.C. Bar No. 498610
Washington, D.C. 20012                                       United States Attorney
(202) 903-8612

                                                      __/s/_____
                                                      CHARLOTTE A. ABEL
                                                      D.C. Bar No. 388582
                                                      Assistant United States Attorney
                                                      555 Fourth St., N.W.
                                                      Washington, D.C. 20530
                                                      (202) 307-2332

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 14th day of August, I caused to be served by first class mail, a true and correct copy of the above and foregoing Meet & Confer Report, to:

Martha Benjamin
1123 Fern Street, N.W.
Washington, D.C. 20012

                                                      __/s/_____
                                                      CHARLOTTE A. ABEL
                                                      Assistant U.S. Attorney
                                                      501 3rd Street, N.W.
                                                      Washington, D.C.  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Martha Benjamin,                               ) | |
|                                                            ) | |
|            Plaintiff,                            ) | |
|                                                            ) | |
|     v.                                                ) | Civil Action No. 08-29 (PLF) |
|                                                            ) | ECF |
| Margaret Spellings,                         ) | |
| Secretary, Dept. of Education,        ) | |
|                                                            ) | |
|                                                            ) | |
|            Defendant.                         ) | |
|                                                            ) | |

ORDER

Upon consideration of the parties' Joint Local Rule 16.3 Report, and the entire record herein, it is hereby ORDERED that:

1. Discovery shall commence as of the date of this Order and shall conclude in 180 days.

2. This case shall/shall not be referred to a magistrate judge for discovery.

3. The parties shall exchange initial disclosures on or before September 11, 2008.

4. The parties will make expert disclosures in conformity with Rule 26(a)(2)(A) & (B) no later than 90 days prior to the close of discovery except that rebuttal experts may be designated 30 days prior to the close of discovery.

5. The following limitations, if any, shall be imposed upon the number of discovery requests: _____

\_\_\_.  Either party may seek leave from the Court to increase this limit at a future time.

6.	The parties shall file dispositive motions within thirty (30) days after the close of discovery, any Oppositions shall be filed forty-five (30) days thereafter; and any Replies filed thirty (15) days thereafter.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge