IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTHA BENJAMIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No. 08-0029 (PLF) |
| *MARGARET SPELLINGS,* ) | |
| **Secretary of the U.S. Department** ) | |
| **of Education** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

Defendant hereby advises the Court that a copy of Defendant's Notice of Substitution of Counsel (Docket # 12), filed on September 4, 2008, was inadvertently not placed in the office's outgoing mail. A copy of the substitution of counsel, including this notice will be mailed today to:

MARTHA BENJAMIN
1123 Fern Street N.W.
Washington, DC 20012

Respectfully submitted,

_____/s/_____
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2008, that a copy of the foregoing Notice of Amended Certificate of Service was filed and served by First-Class mail; postage prepaid to:

MARTHA BENJAMIN
1123 Fern Street N.W.
Washington, DC 20012

/s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA BENJAMIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 08-0029 (PLF) |
| | ) |
| MARGARET SPELLINGS | ) |
| Secretary, U.S. Department of Education, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette and remove the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470